CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Fax: (916) 273-8956
Email: legal@rickmorin.net
Attorney for Defendant
Ki Su Cho; Yong C. Cho and Andrew Jackson Douglas IV

APPROVED
Judge Edward J. Davila
6/19/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>KI SU CHO, in individual and representative capacity as trustee of The 2001 Cho Family Trust dated September 21, 2001; YONG C. CHO, in individual and representative capacity as trustee of The 2001 Cho Family Trust dated September 21, 2001; ANDREW JACKSON DOUGLAS IV; and Does 1-10,<br><br>   Defendants. | Case No.: 5:19-CV-00434-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Joint Stipulation -1- 5:19-CV-00434-EJD

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 19, 2019          CENTER FOR DISABILITY ACCESS


By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff


Dated: June 19, 2019          LAW OFFICE OF RICK MORIN, PC


By:  /s/ Richard Morin
     Richard Morin
     Attorney for Defendant
     Ki Su Cho; Yong C. Cho and Andrew Jackson Douglas IV

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Ki Su Cho; Yong C. Cho and Andrew Jackson Douglas IV, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 19, 2019        CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorneys for Plaintiff